■ EDWIN CONKLIN, Respondent, v MICHAEL BONGIOVANNI et al., Appellants. [872 NYS2d 349]—Appeal from an order of the

Supreme Court, Onondaga County (John C. Cherundolo, J.), entered November 29, 2007 in a personal injury action. The order denied the motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.